ACCEPTED
03-14-00656-CR
6475825
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/13/2015 9:05:57 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-0056-CR

**Ron Everitt Fuson, Appellant** § **COURT OF APPEALS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/18/2015 3:17:57 PM
JEFFREY D. KYLE
Clerk

§ **3rd DISTRICT**

**The State of Texas** § **Austin, TEXAS**

## MOTION TO WITH DRAW

The United States Supreme Court does not obligate counsel representing a client on appeal to argue in support of grounds for reversal of the lower court's judgment when after a "conscientious examination" of the case, appellate counsel determines appeal to be "wholly frivolous." ***Anders v. State of California, 386 U.S. 738, 744 (1967).*** In such , situations, the United States Supreme Court has outlined appropriate procedural steps taken by appellate counsel: 1) counsel is required to submit a brief examining the record for any point arguably in support of proper grounds of reversal on appeal; 2) counsel must furnish this brief to an indigent client enabling the client the right to file a pro-se brief on points of appeal this individual maintains present proper grounds for appeal; and 3) counsel may request the appellate court grant counsel's request to withdraw from the obligation of providing further legal representation to the client on appeal. *Id.* Counsel pursuing a frivolous appeal places himself at risk being assessed a monetary sanction under Rule 45 of the Texas Rules of Appellate Procedure in addition to finding himself in violation of the Texas Rules of Disciplinary Procedure. *Id.;*Tex. R. App. P. 45;

Counsel for Appellant is submitting an "Anders Brief" on behalf of the Appellant. After a "conscientious examination" of the case, including a diligent review of the Record and applicable authorities, Counsel finds an absence of meritorious grounds of appeal and further submits the basis of any appeal in this case would be frivolous in nature. Therefore NATHAN BUTLER, Counsel for Appellant, respectfully requests this Court acknowledge and approve his request to withdraw from his court appointed duty of providing further legal representation to Appellant on an original appeal.

**PRAYER**

NATHAN BUTLER, Counsel for Appellant, RON EVERITT FUSON, prays this Court acknowledge and approve his request to withdraw from his court appointed duty of providing further legal representation to Appellant RON EVERITT FUSON on original appeal.

Appellant, RON EVERITT FUSON prays for additional time to review the Anders Brief submitted on behalf of Appellant and the opportunity to file a pro se Appellant's Brief on Original Appeal on his own behalf.

Respectfully Submitted,

/S/Nathan Butler/S/
Nathan Butler
Attorney for Appellant
123 S.Washington
San Angelo, Tx 76901
SBN 24006935
(325) 653-2373 Phone
(325) 482-8064 Fax
nathanbutlerattorney@gmail.com

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the above and foregoing MOTION TO WITHDRAW was served by regular hand deliver or United States Mail in accordance with the Rule 9.5 of the Texas Rules of Appellate Procedure on August 13, 2015, on each party's counsel as listed below:

George McCrea
District Attorney
119th Judicial District
124 W. Beauregard
San Angelo, Tx 76903

Ron Everitt Fuson
TOM GREEN COUNTY JAIL
122 W. HARRIS AVE
SAN ANGELO, TX 76903

/S/ Nathan Butler /S/_____
Nathan Butler